# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **NOTICE OF APPEARANCE** |
| vs. | Case No: 21-MJ-386 (JTH) |
| MARK ANTHONY SCERBO, | |
| Defendant. | |

The undersigned attorney hereby notifies the Court and counsel that Elizabeth R. Duel, shall appear as counsel of record, along with Ryan P. Garry, for Mark Anthony Scerbo, the Defendant in this case.

Respectfully submitted,

**RYAN GARRY, ATTORNEY, LLC**

Dated: May 24, 2021

s/ Elizabeth Duel
Elizabeth R. Duel (Attorney No. 0393619)
Attorneys for Defendant
333 South 7th Street, Suite 2350
Minneapolis, MN 55402
Phone: (612) 436-3051
Fax: (612) 436-3052
elizabeth@ryangarry.com