IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>   Plaintiff, )<br>   )<br>v. )<br>   )<br>Mark Anthony Scerbo, )<br>   )<br>   Defendant. ) | **COURT MINUTES - CRIMINAL**<br>BEFORE:  Becky R. Thorson<br>U.S. Magistrate Judge | |
| | Case No: | 21-mj-386 JTH |
| | Date: | May 24, 2021 |
| | Court Reporter: | Carla Bebault |
| | Video Conference | |
| | Time Commenced: | 11:01 a.m. |
| | Time Concluded: | 11:57 a.m. |
| | Time in Court: | 56 minutes |

X **PRELIMINARY/DETENTION HRG**
   Time in Court Prelim/Det: 28 minutes/ 28 minutes

APPEARANCES:

   Plaintiff: Miranda Dugi, Assistant U.S. Attorney
   Defendant:  Ryan Garry and Elizabeth Duel,
      X Retained


On      X Complaint

X Deft Ordered Detained - Govt to submit proposed order

X Probable cause found. Deft bound over to District Court of Minnesota


Additional Information:
X Defendant consents to this hearing via video conference.

                                                                s/SAE
                                                  Signature of Courtroom Deputy