UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 21-MJ-386 (JTH)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARK ANTHONY SCERBO,

        Defendant.

**JOINT MOTION FOR EXTENSION OF TIME FOR FILING INDICTMENT**

The United States of America by and through its attorneys, W. Anders Folk, Acting United States Attorney for the District of Minnesota, and Assistant United States Attorney Miranda E. Dugi, together with Defendant Mark Anthony Scerbo and his attorney, Ryan Garry, jointly move the Court pursuant to 18 U.S.C. '3161(h)(7) for an extension of time for filing the indictment in the above-captioned matter until July 15, 2021. The grounds for this motion follow:

1.  On May 20, 2021, the Defendant was arrested on a federal complaint and made his initial appearance in the United States District Court for the District of Minnesota that same day. The Government moved for detention, and the defendant was detained after a detention hearing on May 24, 2021. The defendant waived his right to a preliminary hearing. Attorney Ryan Garry appeared on the defendant's behalf at the preliminary and detention hearing.

3.  Pursuant to 18 U.S.C. ' 3161(b), an indictment must be filed by June 19, 2021.

4.	The parties agree that an extension of the period in which the United States is required to bring the matter before the grand jury serves the interests of the defendant, the public, and justice in this case, and that such interests outweigh the public and the defendant's interests in a speedy trial. Specifically, the parties agree that a pre-indictment resolution would save the government substantial resources, limit the impact of pretrial litigation and trial on witnesses and victims, and allow the defendant to promptly resolve this matter while mitigating potential punishment. However, the parties have had insufficient time to explore their options for pre-indictment resolution. Such a resolution will not be possible without the requested extension.

5.	Counsel for the defendant has consulted with the defendant about this extension request. The defendant consents to the request, and agrees that any period of delay should be excluded from the calculation of time under the Speedy Trial Act.

For the foregoing reasons, the parties respectfully and jointly request that the motion for an extension of time for filing the indictment in the above-captioned matter until July 15, 2021, be granted.

Date: June 4, 2021

W. ANDERS FOLK
Acting United States Attorney

BY: MIRANDA E. DUGI
Assistant United States Attorney
Attorney No. 5140546 (NY)

Date:

MARK ANTHONY SCERBO
Defendant

Date: 6-4-21

RYAN GARRY
Counsel for Defendant

3